NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE MIDWESTERN PET FOODS, INC.

---

2014-1272

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Serial No. 85/128,946.

---

## JUDGMENT

---

TIMOTHY D. PECSENYE, Blank Rome LLP, of Philadelphia, Pennsylvania, argued for appellant.

CHRISTINA J. HIEBER, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were NATHAN K. KELLEY, Solicitor, and THOMAS CASAGRANDE, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  November 10, 2014         /s/  Daniel  E.  O'Toole
Date                  Daniel E. O'Toole
                         Clerk of Court